# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2018

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Hollibaugh, Bradley
Name of Supervising Judicial Officer: Honorable Thomas O. Rice, Chief U.S. District Judge
Docket No: 2:16-cr-00117-TOR-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Bradley Hollibaugh to travel out of the country.

Respectfully submitted by,

s/Linda J. Leavitt            10/31/2018
Linda J. Leavitt              Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[✓] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

*Thomas O. Rice*

Thomas O. Rice
Chief United States District Judge
October 31, 2018
Date